**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **BAL HARBOUR QUARZO, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Synergy Capital Group, LLC**<br>**Synergy Investments Group, LLC** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4618478** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Drew M. Dillworth, Receiver**<br>**Stearns Weaver Miller**<br>**200 East Las Olas Blvd., #2100**<br>**Fort Lauderdale, FL 33301**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **BAL HARBOUR QUARZO, LLC**                                      Case number *(if known)* _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor     **BAL HARBOUR QUARZO, LLC**                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                             Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **BAL HARBOUR QUARZO, LLC**                                    Case number (*if known*) _____
Name

---

███  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 16, 2018**
MM / DD / YYYY

X **/s/ Drew M. Dillworth**                              **Drew M. Dillworth**
Signature of authorized representative of debtor        Printed name

Title  **Receiver, Appointed by Florida State Court**

---

**18. Signature of attorney**

X **/s/ ERIC J. SILVER**                        Date **February 16, 2018**
Signature of attorney for debtor                     MM / DD / YYYY

**ERIC J. SILVER 057262**
Printed name

**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
Firm name

**Museum Tower, Suite 2200**
**150 West Flagler Street**
**Miami, FL 33130**
Number, Street, City, State & ZIP Code

Contact phone  **954.462.9500**      Email address  **esilver@stearnsweaver.com**

**057262 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BAL HARBOUR QUARZO, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maria Elena Acevedo 340 NE 126 Street North Miami, FL 33161** | | | | | | **$0.00** |
| **Jaime Ricardo Acosta Cleves Calle 127 bis #19-81 apt 502 Bogota COLOMBIA** | | | | | | **$0.00** |
| **Soledad Acosta c/o Anthony J. Perez Garcia-Menocal & Perea P.L. 4937 SW 74 Court, #3 Miami, FL 33155-4412** | | | | | | **$0.00** |
| **Isaac Aguia c/o Jose Laredo Carlton Fields, P.A. 100 SE 2nd Street, Ste. 4200 Miami, FL 33131** | | | | | | **$0.00** |
| **Fundacion Aguita / Ana Maria Mendez Calle 104, #23-63, Apto. 305 Bogota COLOMBIA** | | | | | | **$0.00** |
| **AKTG Real Estate Investments 14105 SW 29 St. Miramar, FL 33027** | | | | | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alcora International Services<br>Calle 53 Marbella<br>Edifico Solduba<br>piso 3.<br>Panama<br>PANAMA | | | | | | $0.00 |
| Jeanette Marcela Jaime Amaya<br>Calle 152 #58-50<br>torre 3 apt 1202<br>Bogota<br>COLOMBIA | | | | | | $0.00 |
| American Express World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | | | | | | $0.00 |
| Adrian Araya<br>Panamericana norte 18.800<br>Lampa, Santiago<br>CHILE | | | | | | $0.00 |
| MariaEugenia Arbelaez & Jorge Ballester<br>Trans. 1A #68-80 apto 602<br>Bogota<br>COLOMBIA | | | | | | $0.00 |
| Luis Armando Ardila Gonzalez<br>Kalamary caa 18, vereda cerca de Piedra<br>Chia,<br>Cundinamaraca<br>COLOMBIA | | | | | | $0.00 |
| Bal Harbour Village<br>655 - 96 Street<br>Bal Harbour, FL 33154 | | | | | | $0.00 |
| Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Pkwy.<br>PO Box 9000<br>Getzville, NY 14068 | | | | | | $0.00 |
| Bank Sabadell<br>1111 Brickell Avenue<br>Miami, FL 33131 | | | | | | $0.00 |

Debtor   **BAL HARBOUR QUARZO, LLC**                                  Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anabella Blohm 201 Crandon Blvd Apt 628 Key Biscayne, FL 33149** | | | | | | **$0.00** |
| **Bloomsbury Investments, Inc. c/o Simon Ferro Wargo French, LLP 201 S. Biscayne Blvd., Ste. 1000 Miami, FL 33131** | | | | | | **$0.00** |
| **Bolboqui Corp 430 Ansin Blvd Ste H, Hallandale, FL 33009** | | | | | | **$0.00** |
| **Liliana Cristina Burton Alem 436 1B-Tandil Buenos Aires ARGENTINA** | | | | | | **$0.00** |
| **Jeronimo Carballo & Patricia Barbatelli Conesa 2060 Caba CP 1428 ARGENTINA** | | | | | | **$0.00** |

# United States Bankruptcy Court
## Southern District of Florida

In re    **BAL HARBOUR QUARZO, LLC**
_____

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver, Appointed by Florida State Court of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:    **February 16, 2018**
_____

**/s/ Drew M. Dillworth**
_____

**Drew M. Dillworth/Receiver, Appointed by Florida State Court**
Signer/Title

Maria Elena Acevedo
340 NE 126 Street
North Miami, FL 33161

Jaime Ricardo Acosta Cleves
Calle 127 bis #19-81 apt 502
Bogota
COLOMBIA

Soledad Acosta
c/o Anthony J. Perez
Garcia-Menocal & Perea P.L.
4937 SW 74 Court, #3
Miami, FL 33155-4412

Isaac Aguia
c/o Jose Laredo
Carlton Fields, P.A.
100 SE 2nd Street, Ste. 4200
Miami, FL 33131

Fundacion Aguita / Ana Maria Mendez
Calle 104, #23-63,  Apto. 305
Bogota
COLOMBIA

AKTG Real Estate Investments
14105 SW 29 St.
Miramar, FL 33027

Alcora International Services
Calle 53 Marbella
Edifico Solduba piso 3.
Panama
PANAMA

Alcora International Services
c/o Roniel Rodriguez IV, P.A.
12555 Biscayne Blvd., Ste. 915
Miami, FL 33181-2522

Jeanette Marcela Jaime Amaya
Calle 152 #58-50 torre 3 apt 1202
Bogota
COLOMBIA

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

Adrian  Araya
Panamericana norte 18.800
Lampa, Santiago
CHILE


Adriana  Araya
c/o Steven Herzberg,
 701  Brickell  Ave., Ste  2000
Miami, FL 33131-2834


MariaEugenia  Arbelaez  &  Jorge  Ballester
Trans.  1A  #68-80  apto  602
Bogota
COLOMBIA


Juan  Arcila
c/o Joel  Hirschhorn
Gray  Robinson,  P.A.
333  SE 2nd  Avenue, Ste.  3200
Miami, FL 33131


Luis  Armando  Ardila  Gonzalez
Kalamary  caa  18, vereda  cerca  de  Piedra
Chia,  Cundinamaraca
COLOMBIA


Bal  Harbour  Village
655 - 96  Street
Bal  Harbour, FL 33154


Bank  of  America
Attn: Bankruptcy  Department
475  Cross  Point  Pkwy.
 PO  Box  9000
Getzville, NY 14068


Bank  Sabadell
1111  Brickell  Avenue
Miami, FL 33131


Beach  Haus  Bal  Harbour,  LLC
c/o Frank  Guerra,  P.A.
901  Ponce  de  Leon  Blvd., Ste.  401
Miami, FL 33134


Anabella  Blohm
201  Crandon  Blvd  Apt  628
Key Biscayne, FL 33149

Bloomsbury Investments, Inc
c/o Simon Ferro
Wargo French, LLP
201 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131

Bolboqui Corp
430 Ansin Blvd Ste H,
Hallandale, FL 33009

Liliana Cristina Burton
Alem 436 1B-Tandil
Buenos Aires
ARGENTINA

Liliana Cristina Burton
c/o Steven Herzber
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834

Jeronimo Carballo & Patricia Barbatelli
Conesa 2060 Caba CP 1428
ARGENTINA

Jeronimo Carballo & Patricia Barbatelli
c/o Steven Herzberg
701 Brickell Ave., sTE 2000
Miami, FL 33131-2834

Fernando Cardenas Otero
Aut Norte Kilometro 19 Casa 38 A
Chia-Cundinamarca
COLOMBIA

Felipe Caro
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834

Edmond Chediak & Zulay Barbur
Ave 15 # 127b -78, apto 801
Bogota
COLOMBIA

Edmond Chediak & Zulay Barbur
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834

Chosen Payments
5401 Tech Circle, 2nd Floor
Moorpark, CA 93021

Company.com
P.O. Box 402307
Miami Beach, FL 33140

Myriam Contreras deSilva & Santiago And
c/o Barry S. Mittelberg
Barry S. Mittelberg
10100 W. Sample Rd.., Ste 407
Coral Springs, FL 33065-3975


Dade Hamilton Inc.
2150 Coral Way, Suite 5-C
Coral Gables, FL 33145


Dade Hamilton Inc.
c/o Nestor Valenzuela, Reg. Agt.
815 Harbor Drive
Key Biscayne, FL 33149


Damir Consultants
Calle Ave. 26 #690-91, Torre 1 of 803
Bogota
COLOMBIA


Darby International
21150 NE 38 Avenue
Point Place 2605
Aventura, FL 33180


Darby International
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131


Dillar Holdings
Calle 113 N. 7-45 of 1005
Torre 13 Ed.   Teleport
Bogota
COLOMBIA


Drew M. Dillworth, Receiver
Stearns Weaver Miller, et al.
200 East Las Olas Blvd.
Fort Lauderdale, FL 33301


Hector & Maria Cristina Echavarria
c/o Harold E. Patricoff
Shutts & Bowen
200 S. Biscayne Blvd., Ste 4100
Miami, FL 33131

Afsar Elahi
10280 SW 142 Street
Miami, FL 33176


Afsar Elahi
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Alfredo Estrada Vega
Carrera 9c #121-10 Apto 302


Eurorenaissance Holdings
c/o Paul J. Battista Genovese Joblove &
Genovese Joblove & Battista, P.A.
100 SE 2nd Ave., 44th Floor
Miami, FL 33131


Eurorenaissance Holdings
c/o Roniel Rodriguez IV, P.A.
12555 Biscayne Blvd., #915
Miami, FL 33181-2522


Rufino Nestor Figueredo
U. casares 737, hiseto, pcia
Buenos Aires
ARGENTINA


Rufino Nestor Figueredo
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Maria Patricia Fisher de Hurtado
Carrera 7 # 72-92, Torre 2   Apto 902
Bogota
COLOMBIA


Florida Department of Revenue
General Counsel
P.O. Box 6668
Tallahassee, FL 32314-6668


Gaedeke Holdings XII, Ltd.
c/o Weisman, Brodie, Starr & Margolies,
140 N. Federal Highway, 2nd Floor
Boca Raton, FL 33432


Bernardo Galindo & Maria Nancy Parra
Trans. 14 #126A-47 apto 602
Bogota
COLOMBIA

Bernardo Galindo & Maria Clara Isaza
c/o Paul M. Kade
Law Offices of Paul M. Kade
9200 S Dadeland Blvd., Ste 410
Miami, FL 33156-2712


Diana Garcia Navarrete & Jose Lisandro
Av. El Dorado 68 C61 of 518
Torre Central
Bogota
COLOMBIA


Ramon Gimenez
Calle la cornisa 21 2-E
 Madrid
ESPANA


Ramon Gimenez
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Pablo Gomez Brando
Diagonal 76 # 1A-09 apto 102
Bogota
COLOMBIA


JesusAlejandroReyna&Mariana Gomez Perez
Av. Principal los guayabitos
Colinas Coricar, Qto avemaria
El Volcan, Caracas
VENEZUELA


JesusAlejandroReyna&Mariana Gomez Perez
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Hernan Eduardo Gonzalez Gale
Montevideo 604, 4to piso
Capital Federal
ARGENTINA


Hernan Eduardo Gonzalez Gale
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Dora Nancy Gonzalez
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131

Gray Robinson, P.A.
c/o Mayanne Downs, Registered Agent
301 E. Pine Street, Suite 1400
Orlando, FL 32801


Greentrust Investments, LLC
2295 S. Hiawassee Road Suite 407C
Orlando, FL 32835


Greystoke Alliance Inc.
MMG Tower
53rd E Street Marbella
Panama
PANAMA


Grovernor Holding, LLC (Felipe Piñeiro)
133 Gavilan Ave.
Coral Gables, FL 33143


Grovernor Holding, LLC (Felipe Piñeiro)
c/o Steven Herzber
701 Brickell Ave.,  Ste 2000
Miami, FL 33131-2834


Juan Enrique Nino Guarin
Avenida Carrera 19 #109-40
Bogota
COLOMBIA


Hemphill Financial Ltd.
c/o Simon Ferro
Wargo French, LLP
201 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131


Nicolas Heredia
1920 E. Hallandale Beach Blvd
Ste 904
Hallandale, FL 33009-4727


Luz Estella Herrera & Hidally Velasco
Tr 14 127-10, Cons 203
Bogota
COLOMBIA


Leonardo Hortua Herrera
Cra 15 A #121-12 Off.511
Bogota
COLOMBIA

Intercol JV Corporation (Jaime Vargas)
c/o Raul Enrique Espinoza
Raul E. Espinoza, P.L.
7480 Bird Road, Suite 6600
Miami, FL 33155


Internal Revenue Service
P.O. Box 7646
Philadelphia, PA 19101-7346


International Product Marketing, LLC
1810 NE 144 Street
Miami, FL 33181


Rosine Jabbour de Dallos
Cara 14 No. 12717-88, Apto 201, Edificio
Tiffany, Barrio La Carolina
Bogota
COLOMBIA


Salma Jabbour
Carre 8 # 108 A-24
Bogota
COLOMBIA


KapilaMukamal, LLP
1000 S. Federal Hwy, Ste 200
Fort Lauderdale, FL 33316


Carlos Kuan
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131


Fabio Hernan Landazabal
c/o Peter J. Solnick
Solnick Law P.A.
2999 NE 191 Street, Ste. 805
Aventura, FL 33180


Vivian Landazabal
c/o Peter J. Solnick
Solnick Law P.A.
2999 NE 191 Street, Ste. 805
Aventura, FL 33180


Larino Investments
21150 NE 38 Avenue
Point Place #2605
Aventura, FL 33180

Larino Investments
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street 44th Floor
Miami, FL 33131


John Looby
c/o John L. Penson
John L. Penson, PA
1124 Kane Concourse
Bay Harbor Islands, FL 33154


John Looby
c/o Steven P. Lee
Steven M. Lee, PA
1200 SW 2nd Avenue
Miami, FL 33130-4214


Jorge Luis Loza
Don Bosco 2244
Formosa
ARGENTINA


Jorge Luis Loza
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Luis Enrique `la Rotta
Calle 78 #11-43
Bogota
COLOMBIA


Luna Developments Group, LLC
c/o Juan Arcila, Registered Agent
1395 Brickell Ave., Ste. 1020
Miami, FL 33131


Carlos Mahecha
c/o Lee Stapleton
K&L Gates
200 South Biscayne Blvd., 12 Floor
Miami, FL 33131


Felipe Mahecha
200 Biscayne Blvd Way, #3806
Miami, FL 33131


Rafael Manrique
Transv 30 No. 124-91, Ofc 102
Bogota
COLOMBIA

Martha Lucia Marin
Clle 6 Sur, #43 A-143, Local 3148
Medallin
COLOMBIA


Julia Alberto Martinez
c/o Steven Herzberg
701 Brickell Ave., Ste. 2000
Miami, FL 33131-2834


Mercedes-Benz Financial Services USA LLC
P.O. Box 685
Roanoke, TX 76262


Merchantil Commerce Bank
c/o Peter Levitt
Shutts & Bowen
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131


Miami Dade County Tax Collector
Bankruptcy Paralegal Unit
200 NW 2nd Ave., Ste 430
Miami, FL 33128


Maria Debora Mizrahi
Septiembre 100, Barrio La Barra
B. Escobar, Buenos Aires
ARGENTINA 1625


Maria Debora Mizrahi
c/o Michael W. Davye
Granados Davey, LLP
240 Crandon Blvd., Ste 263
Key Biscayne, FL 33149-1623


Valeria Mizrahi
ruta 33 km 8.5
Bahia Blanca, Buenos Aires
ARGENTINA


Valeria Mizrahi
c/o Michael W. Davye
Granados Davey, LLP
240 Crandon Blvd., Ste 253
Key Biscayne, FL 33149-1623


Martha Montenegro
CR 9 # 93 B - 31 Apt. 602
Bogota
COLOMBIA

Andres Moreno & Natalia Osma
carrera 29 a #8 sur-51 apto 702
Medillin
COLUMBIA

Ricardo Munoz Mejia
Carrera 13 # 27-98 apto 802 C.
Bogota
COLOMBIA

Alvaro Nader
avenida 13 #132-90 apt 316
Bogota
COLOMBIA

Alvaro Nader
c/o Allen J.Heffner
Loren & Kean Law
71111 Fairway Dr., Ste 302
Palm Beach Gardens, FL 33418-4206

Laura Teresa Naranjo Lara
Embassy Club
Edificio Courtyard E-2, apt 1-H
Calyton
PANAMA

Luis Antonio Nieto Villamazar
c/o Lisa Paige Glass
Glass Law Office
1279 W. Palmetto Park Rd. Ste. 273721
Boca Raton, FL 33486

NLCH Investments, LLC
10370 SW 150 Ct, Apt  9207
Miami, FL 33196

OA Developments, Inc.
c/o Robert Haber, Registered Agent
1000 Brickell Ave., Ste. 215
Miami, FL 33131

Salma & Alexandra Osejo Jabbour
Carre 8 # 108 A-24
Bogota
COLOMBIA

Ana Morella Otaiza
13248 SW 143 Terrace
Miami, FL 33186

Victor  Plata
calle 93 #10-59  apt  402
Bogota
COLOMBIA


Victor  Plata
c/o  Steven  Herzberg
701  Brickell  Ave., Ste  2000
Miami, FL 33131-2834


Lorena  Plaza
Grove Isle Dr, suite 1004
Miami, FL 33133


Lorena  Plaza
c/o  Steven  Herzberg
701  Brickell  Ave., Ste  2000
Miami, FL 33131-2834


Fabio  Posada  Velasquez
c/o  Roniel  Rodriguez IV, P.A.
12555  Biscayne  Blvd., #915
Miami, FL 33181-2522


Sybila  Puente  Escallon
Calle  94 #18-50  Apto  202
Bogota
COLOMBIA


Redstone  Enterprises  Corp
C1153, Marbella-Royal  Center
Torre  A  Seccion  B  OF  9D
Panama
PANAMA


Daniel  Restrepo  Arango  &  Eliana  Maria  J
Carrera  46  A  #29sur-20  apt  204
envigado, Antioquia
COLOMBIA


Rosa  Reverol  &  Dario  Montiel
c/o  Steven  Herzberg
701  Brickell  Ave., Ste  2000
Miami, FL 33131-2834


Cesar  Martin  Rodriguez  Cortes
Clle  152 #58-50  Int  3  apto  1202
Bogota
COLUMBIA


Volney  Rodriguez
3410  Gale  Ocean  Drive, Apt  1110  N
Fort Lauderdale, FL 33308

Rolande, A., Veronique & Deborah Devilder
Boulevard Pasteur
Paris
FRANCE


Angelo Rovida
Carrera 22 A #136-48
Manzana F Interior 5
Bogota
COLOMBIA


Maria del Pilar Rubio Mejia
calle 145A #17-36 int 6
Bogota
COLOMBIA


Diana Saab Celly
Carrera 8 # 85-31 apt 204
Bogota
COLOMBIA


Alvaro & Andres Saad Iza
Avenida circunvalar 1-60 Pereira
Risaralda
COLOMBIA


Alvaro & Andres Saad Iza
c/o Steven Herzberg
701 Brickell Ave., Ste. 2000
Miami, FL 33131-2834


Binyamin Saada
San Ignacio N28-38
Quito
ECUADOR


Binyamin Saada
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Alicia Sabarsky Lara
c/o Collen Lynn Smeryage
Shutts & Bowen
525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351


Alicia & Sylvia Sabarsky
c/o Collen Lynn Smeryage
Shutts & Bowen
 525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351

Danilo Salazar y Martha Cecilia Grau
calle 112 #1-18 apt 901
Bogota
COLOMBIA


Danilo Salazar y Martha Cecilia Grau
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131


Freddy & John Sanabria
23356 Mirabelle Circle S
Boca Raton, FL 33433


Guillermo Santos Calderon
Carrera 7 # 75-56 ap 704
Bogota
COLOMBIA


Guillermo Santos Calderon
c/o Paul J. Battista
 Genovese Joblove & Battista
100 SE 2nd Street, 44th Floor
Miami, FL 33131


Abraham Saporta
c/o Collen Lynn Smeryage, Shutts & Bowen
525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-2834


Albert Saporta
c/o Alexandra Sanchez
Heller & Zion, LLP
1428 Brickell Ave., Ste. 600
Miami, FL 33131


Idelfonso Sarmiento Gonzalez
Calle 77, #9-92, Apto. 202
Edificio Porton del Nogal
Bogota
COLOMBIA


Sawnie International
Carrera 67 No. 108-65
Bogota
COLOMBIA


Karen Scmidt-Mumm
3675 N. Country Club Dr.
Aventura, FL 33180

Salma Sefair de Jabbour
Calle 94 A #7A-72 Apto 303
Bogota, D.C.
COLOMBIA


Gloria Cecilia Sefair
Carrera 8 # 85-31 apt704
Bogota
COLOMBIA


Guillermo Franciso Serra Galdos
c/o Richard C. Wolfe
Wolfe Law Miami, P.A.
175 SW 7 St., Ste. 2410
Miami, FL 33130-2966


Guillermo Franciso Serra Galdos
Ciudad Celeste La Marina Manzana #9
Villa #35, Samborondon
Guayas
ECUADOR


Ana Maria Sierra
Trans. 12A #119-28, Apt. 702
Santa Fe de Bogota
COLOMBIA


Juan Camilo Sierra
Carrera 29 1-31, Apto 402l
Medellin
COLOMBIA


Bertha Silva Robbins
Kreuzbuchstrasse 35A, 6006
 Luzern
SWITZERLAND


Dario Silva
c/o Barry S. Mittelberg
Barry S. Mittelberg, P.A.
10100 W. Stample Rd., Ste 407
Coral Springs, FL 33065-3975


Rodrigo Soto Cano
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131


Strong Union Corp
1390 Brickell Ave, Ste 275
Miami, FL 33131

Strong Union Corp
c/o Scott Dickinson
1000 West Ave, Apt 815
Miami Beach, FL 33139-4722


Oscar Suarez
Cra 7B #134B-63 Apto 210
Bogota
COLOMBIA


Synergy Capital Group Holdings LLC
c/o Juan Arcila, Carlos Mahecha, MgrM
1395 Brickell Avenue, #1020
Miami, FL 33131


Synergy Capital Group Holdings, LLC
c/o Synergy Capital Group LLC, Reg. Agt
1395 Brickell Ave., Ste. 1020
Miami, FL 33131


TD Bank, N.A.
32 Chestnut Street
P.O. Box 1377
Lewiston, ME 04243-1377


Graciela Toro & Aura de Olmos
c/o Barry S. Mittelberg
Barry S. Mittelberg, P.A.
10100 W. Sample Rd., #407
Coral Springs, FL 33065-3975


U.S. Attorney's Office
Miami Division
c/o Sean Paul Cronin
99 N.E. 4 Street
Miami, FL 33132


U.S. Depar. of State
c/o Nicholas Castellano
1801 N. Lynn Street, 12 Floor
Arlington, VA 22201


Marisa Ugolini & Gabriel Aramburu
Avda Santa Fe 1435 piso 8 Depto C
Martinez, Buenos Aires 1640
ARGENTINA


Lina Maria Uribe Lopez
Carrera 43 A # 1 A Sur 69 No 603
Medellin, Antioquia
COLOMBIA

Camilo Eduardo Velasquez Turbay
Calle 92 12-73 Apto 102
Bogota D.C.
COLOMBIA


Camilo Eduardo Velasquez Turbay
Cra. 2da #70a-15, Apto. 402
del Barrio los Rasales
Bogota
COLOMBIA


Santiago Velez
1325 Avenue of the Americas
5th Floor
New York, NY 10019


Martin Villano
AR. Francisco Rocha 203, apt 803
Monterrey, Nuevo Leon
MEXICO


Martin Villano
c/o Steven Herzberg
701 Brickell Ave., Ste 2000
Miami, FL 33131-2834


Vision Planning Group
CA 9 80 45 OF 601
Bogota
COLOMBIA


Vision Planning Group
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**BAL HARBOUR QUARZO, LLC**

Case Number
Chapter **11**

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☑ Voluntary petition signed by me on **February 16, 2018** | ☐ Amended voluntary petition signed by me on |
| ☐ Schedules signed by me on | ☐ Amended schedules signed by me on |
| ☐ Statement of Financial Affairs signed by me on | ☐ Amended Statement of Financial Affairs signed by me on |
| ☐ Statement of Social Security Number(s) signed by me on | ☐ Amended Statement of Social Security Number(s) signed by me on |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on |

I,    __Drew M. Dillworth__    , the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.    I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.    I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.    I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.    I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

**Drew M. Dillworth, Receiver**
_____
**Print or Type Name (and title if applicable)**

_____
**Print Name**

**ERIC J. SILVER 057262**
_____
**Print or Type Name of Attorney for Debtor**

**954.462.9500**
_____
**Phone:**