**Fill in this information to identify the case:**

Debtor name    **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-11793-RBR**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $ _____ **210,010.71**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $ _____ **210,010.71**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $ _____ **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____ **0.00**

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $ _____ **0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-11793-RBR**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-11793-RBR**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Funds turned over to Recevier and held in Trust at Stearns Weaver.** | $116,725.28 |
| 4.2. | **Funds in Merchant Account #03343 (claim made by Beach Haus Bal Harbour, LLC)** | $93,285.43 |

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $210,010.71 |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **BAL HARBOUR QUARZO, LLC**                          Case number *(If known)*  **18-11793-RBR**
            Name

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Several Sony Desktop computers and one IBM laptop. | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                        $0.00
     Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **BAL HARBOUR QUARZO, LLC**                              Case number *(If known)* **18-11793-RBR**
          Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property Contracts right pursuant to Purchase and Sale Agreement, dated 07/17/2017. | Unknown | | Unknown |
| 65. | Goodwill | | | |

**66. Total of Part 10.**                                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                                      Current value of debtor's interest

| 71. | Notes receivable |
|---|---|
| | Description (include name of obligor) |
| 72. | Tax refunds and unused net operating losses (NOLs) |
| | Description (for example, federal, state, local) |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **BAL HARBOUR QUARZO, LLC** | | Case number *(If known)* **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**
        **Disputed interest in approximately $90,000 in funds held by credit card processor. Investigation pending.**                                                                                  **Unknown**

| **Nature of claim** | |
|---|---|
| **Amount requested** | **$0.00** |

        **Any and all litigation claims arising from or relating to sale transaction with Beach Haus Bal Harbour LLC that closed in the summer of 2017.   Investigation pending.**                                                                          **Unknown**

| **Nature of claim** | |
|---|---|
| **Amount requested** | **$0.00** |

        **Chapter 5 causes of action.  Investigation pending.**                                                                          **Unknown**

| **Nature of claim** | |
|---|---|
| **Amount requested** | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                                              **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **BAL HARBOUR QUARZO, LLC**    Case number *(If known)* **18-11793-RBR**
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,010.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $210,010.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $210,010.71 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name   **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-11793-RBR**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Maria Elena Acevedo**<br>**340 NE 126 Street**<br>**North Miami, FL 33161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Jaime Ricardo Acosta Cleves**<br>**Calle 127 bis #19-81 apt 502**<br>**Bogota**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Soledad Acosta**<br>**c/o Anthony J. Perez**<br>**Garcia-Menocal & Perea P.L.**<br>**4937 SW 74 Court, #3**<br>**Miami, FL 33155-4412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Isaac Aguia**<br>**c/o Jose Laredo**<br>**Carlton Fields, P.A.**<br>**100 SE 2nd Street, Ste. 4200**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
--- | --- | --- | ---

**3.5**

Nonpriority creditor's name and mailing address
**Fundacion Aguita / Ana Maria Mendez
Calle 104, #23-63,  Apto. 305
Bogota
COLOMBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.6**

Nonpriority creditor's name and mailing address
**AKTG Real Estate Investments
14105 SW 29 St.
Miramar, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.7**

Nonpriority creditor's name and mailing address
**Alcora International Services
Calle 53 Marbella
Edifico Solduba piso 3.
Panama
PANAMA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.8**

Nonpriority creditor's name and mailing address
**Jeanette Marcela Jaime Amaya
Calle 152 #58-50 torre 3 apt 1202
Bogota
COLOMBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.9**

Nonpriority creditor's name and mailing address
**American Express
World Financial Center
200 Vesey Street
New York, NY 10285**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.10**

Nonpriority creditor's name and mailing address
**Adrian Araya
Panamericana norte 18.800
Lampa, Santiago
CHILE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.11**

Nonpriority creditor's name and mailing address
**MariaEugenia Arbelaez & Jorge Ballester
Trans. 1A #68-80 apto 602
Bogota
COLOMBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| Debtor | BAL HARBOUR QUARZO, LLC | Case number (if known) | 18-11793-RBR |
|--------|--------------------------|-------------------------|--------------|
|        | Name |  |  |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Luis Armando Ardila Gonzalez
Kalamary caa 18, vereda cerca de Piedra
Chia, Cundinamaraca
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Bal Harbour Village
655 - 96 Street
Bal Harbour, FL 33154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy.
 PO Box 9000
Getzville, NY 14068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Bank Sabadell
1111 Brickell Avenue
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Alberto Barreto
Calle 103A N. 21-63
apto 301
Bogota
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Anabella Blohm
201 Crandon Blvd Apt 628
Key Biscayne, FL 33149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Bloomsbury Investments, Inc.
c/o Simon Ferro
Wargo French, LLP
201 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BAL HARBOUR QUARZO, LLC**                                   Case number (if known)    **18-11793-RBR**
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolboqui Corp**
**430 Ansin Blvd Ste H,**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fernando Botero**
**Corporate Services of America CSA**
**1705 Arbutus Place**
**Coquitlam BC V3E 3K2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liliana Cristina Burton**
**Alem 436 1B-Tandil**
**Buenos Aires**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeronimo Carballo & Patricia Barbatelli**
**Conesa 2060 Caba CP 1428**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fernando Cardenas Otero**
**Aut Norte Kilometro 19 Casa 38 A**
**Chia-Cundinamarca**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Felipe Caro**
**c/o Steven Herzberg**
**701 Brickell Ave., Ste 2000**
**Miami, FL 33131-2834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edmond Chediak & Zulay Barbur**
**Ave 15 # 127b -78, apto 801**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Chosen Payments**
**5401 Tech Circle, 2nd Floor**
**Moorpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Company.com**
**P.O. Box 402307**
**Miami Beach, FL 33140**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Myriam Contreras deSilva & Santiago And**
**c/o Barry S. Mittelberg**
**Barry S. Mittelberg**
**10100 W. Sample Rd.., Ste 407**
**Coral Springs, FL 33065-3975**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Dade Hamilton Inc.**
**2150 Coral Way, Suite 5-C**
**Coral Gables, FL 33145**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Damir Consultants**
**Calle Ave. 26 #690-91, Torre 1 of 803**
**Bogota**
**COLOMBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Darby International**
**21150 NE 38 Avenue**
**Point Place 2605**
**Aventura, FL 33180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Maurcio De La Mora**
**5906 E. Solano Bay Lane**
**Houston, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor     **BAL HARBOUR QUARZO, LLC**                                  Case number (if known)    **18-11793-RBR**
           Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dillar Holdings**
**Calle 113 N. 7-45 of 1005**
**Torre 13 Ed.  Teleport**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector & Maria Cristina Echavarria**
**c/o Harold E. Patricoff**
**Shutts & Bowen**
**200 S. Biscayne Blvd., Ste 4100**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Afsar Elahi**
**10280 SW 142 Street**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alfredo Estrada Vega**
**Carrera 9c #121-10 Apto 302**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eurorenaissance Holdings**
**c/o Paul J. Battista  Genovese Joblove &**
**Genovese Joblove & Battista, P.A.**
**100 SE 2nd Ave., 44th Floor**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rufino Nestor Figueredo**
**U. casares 737, hiseto, pcia**
**Buenos Aires**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Patricia Fisher de Hurtado**
**Carrera 7 # 72-92, Torre 2  Apto 902**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
---

**Florida Department of Revenue**
**General Counsel**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pombo Gabriel**
**Calle 90  12-31**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gaedeke Holdings XII, Ltd.**
**c/o Weisman, Brodie, Starr & Margolies,**
**140 N. Federal Highway, 2nd Floor**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bernardo Galindo & Maria Nancy Parra**
**Trans. 14 #126A-47 apto 602**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Diana Garcia Navarrete & Jose Lisandro**
**Av. El Dorado 68 C61 of 518**
**Torre Central**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ramon Gimenez**
**Calle la cornisa 21 2-E**
 **Madrid**
**ESPANA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pablo Gomez Brando**
**Diagonal 76 # 1A-09 apto 102**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**JesusAlejandroReyna&Mariana Gomez Perez**
**Av. Principal los guayabitos**
**Colinas Coricar, Qto avemaria**
**El Volcan, Caracas**
**VENEZUELA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Hernan Eduardo Gonzalez Gale**
**Montevideo 604, 4to piso**
**Capital Federal**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Dora Nancy Gonzalez**
**c/o Paul J. Battista**
**Genovese Joblove & Battista, P.A.**
**100 SE 2nd Street, 44th Floor**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Greentrust Investments, LLC**
**2295 S. Hiawassee Road Suite 407C**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Greystoke Alliance Inc.**
**MMG Tower**
**53rd E Street Marbella**
**Panama**
**PANAMA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Grovernor Holding, LLC (Felipe Piñero)**
**133 Gavilan Ave.**
**Coral Gables, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Juan Enrique Nino Guarin**
**Avenida Carrera 19 #109-40**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Hemphill Financial Ltd.**<br>**c/o Simon Ferro**<br>**Wargo French, LLP**<br>**201 S. Biscayne Blvd., Ste. 1000**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicolas Heredia**<br>**1920 E. Hallandale Beach Blvd**<br>**Ste 904**<br>**Hallandale, FL 33009-4727** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Luz Estella Herrera & Hidally Velasco**<br>**Tr 14 127-10, Cons 203**<br>**Bogota**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Leonardo Hortua Herrera**<br>**Cra 15 A #121-12 Off.511**<br>**Bogota**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Intercol JV Corporation (Jaime Vargas)**<br>**c/o Raul Enrique Espinoza**<br>**Raul E. Espinoza, P.L.**<br>**7480 Bird Road, Suite 6600**<br>**Miami, FL 33155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7646**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **International Product Marketing, LLC**<br>**1810 NE 144 Street**<br>**Miami, FL 33181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rosine Jabbour de Dallos**
**Cara 14 No. 12717-88, Apto 201, Edificio**
**Tiffany, Barrio La Carolina**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michel Jabbour**
**Cra 8  #85 - 31, apto 704**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Salma Jabbour**
**Carre 8 # 108 A-24**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carlos Kuan**
**c/o Paul J. Battista**
**Genovese Joblove & Battista, P.A.**
**100 SE 2nd Street, 44th Floor**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fabio Hernan Landazabal**
**c/o Peter J. Solnick**
**Solnick Law P.A.**
**2999 NE 191 Street, Ste. 805**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vivian Landazabal**
**c/o Peter J. Solnick**
**Solnick Law P.A.**
**2999 NE 191 Street, Ste. 805**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Larino Investments**
**21150 NE 38 Avenue**
**Point Place #2605**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **John Looby**<br>**c/o John L. Penson**<br>**John L. Penson, PA**<br>**1124 Kane Concourse**<br>**Bay Harbor Islands, FL 33154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jorge Luis Loza**<br>**Don Bosco 2244**<br>**Formosa**<br>**ARGENTINA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Luis Enrique `la Rotta**<br>**Calle 78 #11-43**<br>**Bogota**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rafael Manrique**<br>**Transv 30 No. 124-91, Ofc 102**<br>**Bogota**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Martha Lucia Marin**<br>**Clle 6 Sur, #43 A-143, Local 3148**<br>**Medallin**<br>**COLOMBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Julia Alberto Martinez**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste. 2000**<br>**Miami, FL 33131-2834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mercantil Commerce Bank**<br>**c/o Peter Levitt**<br>**Shutts & Bowen**<br>**200 S. Biscayne Blvd., Ste. 4100**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mercedes-Benz Financial Services USA LLC**
**P.O. Box 685**
**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 NW 2nd Ave., Ste 430**
**Miami, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Debora Mizrahi**
**Septiembre 100, Barrio La Barra**
**B. Escobar, Buenos Aires**
**ARGENTINA 1625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Valeria Mizrahi**
**ruta 33 km 8.5**
**Bahia Blanca, Buenos Aires**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Martha Montenegro**
**CR 9 # 93 B - 31 Apt. 602**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andres Moreno & Natalia Gomez**
**carrera 29 a #8 sur-51 apto 702**
**Medillin**
**COLUMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Munoz Mejia**
**Carrera 13 # 27-98 apto 802 C.**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Alvaro Nader<br>avenida 13 #132-90 apt 316<br>Bogota<br>COLOMBIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Laura Teresa Naranjo Lara<br>Embassy Club<br>Edificio Courtyard E-2, apt 1-H<br>Calyton<br>PANAMA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Luis Antonio Nieto Villamazar<br>c/o Lisa Paige Glass<br>Glass Law Office<br>1279 W. Palmetto Park Rd. Ste. 273721<br>Boca Raton, FL 33486 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | NLCH Investments, LLC<br>10370 SW 150 Ct, Apt  9207<br>Miami, FL 33196 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Salma & Alexandra Osejo Jabbour<br>Carre 8 # 108 A-24<br>Bogota<br>COLOMBIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ana Morella Otaiza<br>13248 SW 143 Terrace<br>Miami, FL 33186 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Victor Plata<br>calle 93 #10-59 apt 402<br>Bogota<br>COLOMBIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number *(if known)* | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lorena Plaza**
**Grove Isle Dr, suite 1004**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fabio Posada Velasquez**
**c/o Roniel Rodriguez IV, P.A.**
**12555 Biscayne Blvd., #915**
**Miami, FL 33181-2522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sybila Puente Escallon**
**Calle 94 #18-50 Apto 202**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Redstone Enterprises Corp**
**C1153, Marbella-Royal Center**
**Torre A Seccion B OF 9D**
**Panama**
**PANAMA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Restrepo Arango & Eliana Maria J**
**Carrera 46 A #29sur-20 apt 204**
**envigado, Antioquia**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosa Reverol & Dario Montiel**
**c/o Steven Herzberg**
**701 Brickell Ave., Ste 2000**
**Miami, FL 33131-2834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cesar Martin Rodriguez Cortes**
**Clle 152 #58-50 Int 3 apto 1202**
**Bogota**
**COLUMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number *(if known)* | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Volney Rodriguez**
**3410 Gale Ocean Drive, Apt 1110 N**
**Fort Lauderdale, FL 33308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rolande, A., Veronique & Deborah Dequeke**
**Boulevard Pasteur**
**Paris**
**FRANCE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angelo Rovida**
**Carrera 22 A #136-48**
**Manzana F Interior 5**
**Bogota**
**COLOMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria del Pilar Rubio Mejia**
**calle 145A #17-36 int 6**
**Bogota**
**COLOMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Diana Saab Celly**
**Carrera 8 # 85-31 apt 204**
**Bogota**
**COLOMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alvaro & Andres Saad Iza**
**Avenida circunvalar 1-60 Pereira**
**Risaralda**
**COLOMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Binyamin Saada**
**San Ignacio N28-38**
**Quito**
**ECUADOR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alicia Sabarsky Lara**
c/o Collen Lynn Smeryage
Shutts & Bowen
525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alicia & Sylvia Sabarsky**
c/o Collen Lynn Smeryage
Shutts & Bowen
 525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Danilo Salazar y Martha Cecilia Grau**
calle 112 #1-18 apt 901
Bogota
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Freddy & John Sanabria**
23356 Mirabelle Circle S
Boca Raton, FL 33433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guillermo Santos Calderon**
Carrera 7 # 75-56 ap 704
Bogota
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abraham Saporta**
c/o Collen Lynn Smeryage, Shutts & Bowen
525 Okechobee Blvd, Ste 1100
West Palm Beach, FL 33401-2834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albert Saporta**
c/o Alexandra Sanchez
Heller & Zion, LLP
1428 Brickell Ave., Ste. 600
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number *(if known)* | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Idelfonso Sarmiento Gonzalez**
**Calle 77, #9-92, Apto. 202**
**Edificio Porton del Nogal**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sawnie International**
**Carrera 67 No. 108-65**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karen Scmidt-Mumm**
**3675 N. Country Club Dr.**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salma Sefair de Jabbour**
**Calle 94 A #7A-72 Apto 303**
**Bogota, D.C.**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gloria Cecilia Sefair**
**Carrera 8 # 85-31 apt704**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raul Serebrenik**
**Calle 109 #11 A 47 (401)**
**Bogota**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guillermo Franciso Serra Galdos**
**c/o Richard C. Wolfe**
**Wolfe Law Miami, P.A.**
**175 SW 7 St., Ste. 2410**
**Miami, FL 33130-2966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

**3.117** | Nonpriority creditor's name and mailing address
Ana Maria Sierra
Trans. 12A #119-28, Apt. 702
Santa Fe de Bogota
COLOMBIA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address
Juan Camilo Sierra
Carrera 29 1-31, Apto 402I
Medellin
COLOMBIA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
Bertha Silva Robbins
Kreuzbuchstrasse 35A, 6006
 Luzern
SWITZERLAND

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
Dario Silva
c/o Barry S. Mittelberg
Barry S. Mittelberg, P.A.
10100 W. Stample Rd., Ste 407
Coral Springs, FL 33065-3975

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
Rodrigo Soto Cano
c/o Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
Strong Union Corp
1390 Brickell Ave, Ste 275
Miami, FL 33131

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
Oscar Suarez
Cra 7B #134B-63 Apto 210
Bogota
COLOMBIA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TD Bank, N.A.**
**32 Chestnut Street**
**P.O. Box 1377**
**Lewiston, ME 04243-1377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graciela Toro & Aura de Olmos**
**c/o Barry S. Mittelberg**
**Barry S. Mittelberg, P.A.**
**10100 W. Sample Rd., #407**
**Coral Springs, FL 33065-3975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marisa Ugolini & Gabriel Aramburu**
**Avda Santa Fe 1435 piso 8 Depto C**
**Martinez, Buenos Aires 1640**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lina Maria Uribe Lopez**
**Carrera 43 A # 1 A Sur 69 No 603**
**Medellin, Antioquia**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Camilo Eduardo Velasquez Turbay**
**Calle 92 12-73 Apto 102**
**Bogota D.C.**
**COLOMBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Santiago Velez**
**1325 Avenue of the Americas**
**5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Martin Villano**
**AR. Francisco Rocha 203, apt 803**
**Monterrey, Nuevo Leon**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number *(if known)* | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vision Planning Group**
CA 9 80 45 OF 601
**Bogota**
**COLOMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alcora International Services**<br>c/o Roniel Rodriguez IV, P.A.<br>12555 Biscayne Blvd., Ste. 915<br>Miami, FL 33181-2522 | Line **3.7**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Adriana Araya**<br>c/o Steven Herzberg,<br>701 Brickell Ave., Ste 2000<br>Miami, FL 33131-2834 | Line **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Liliana Cristina Burton**<br>c/o Steven Herzberg<br>701 Brickell Ave., Ste 2000<br>Miami, FL 33131-2834 | Line **3.21**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Jeronimo Carballo & Patricia Barbatelli**<br>c/o Steven Herzberg<br>701 Brickell Ave., Ste 2000<br>Miami, FL 33131-2834 | Line **3.22**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Edmond Chediak & Zulay Barbur**<br>c/o Steven Herzberg<br>701 Brickell Ave., Ste 2000<br>Miami, FL 33131-2834 | Line **3.25**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Dade Hamilton Inc.**<br>c/o Nestor Valenzuela, Reg. Agt.<br>815 Harbor Drive<br>Key Biscayne, FL 33149 | Line **3.29**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Darby International**<br>c/o Paul J. Battista<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, 44th Floor<br>Miami, FL 33131 | Line **3.31**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Afsar Elahi**<br>c/o Steven Herzberg<br>701 Brickell Ave., Ste 2000<br>Miami, FL 33131-2834 | Line **3.35**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Eurorenaissance Holdings**<br>c/o Roniel Rodriguez IV, P.A.<br>12555 Biscayne Blvd., #915<br>Miami, FL 33181-2522 | Line **3.37**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Rufino Nestor Figueredo**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Bernardo Galindo & Maria Nancy Parra**<br>**c/o Paul M. Kade**<br>**Law Offices of Paul M. Kade**<br>**9200 S Dadeland Blvd., Ste 410**<br>**Miami, FL 33156-2712** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Ramon Gimenez**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **JesusAlejandroReyna&Mariana Gomez Perez**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Hernan Eduardo Gonzalez Gale**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Grovernor Holding, LLC (Felipe Piñeiro)**<br>**c/o Steven Herzber**<br>**701 Brickell Ave.,  Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Larino Investments**<br>**c/o Paul J. Battista**<br>**Genovese Joblove & Battista, P.A.**<br>**100 SE 2nd Street 44th Floor**<br>**Miami, FL 33131** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **John Looby**<br>**c/o Steven P. Lee**<br>**Steven M. Lee, PA**<br>**1200 SW 2nd Avenue**<br>**Miami, FL 33130-4214** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Jorge Luis Loza**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.69**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Maria Debora Mizrahi**<br>**c/o Michael W. Davye**<br>**Granados Davey, LLP**<br>**240 Crandon Blvd., Ste 263**<br>**Key Biscayne, FL 33149-1623** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Valeria Mizrahi**<br>**c/o Michael W. Davye**<br>**Granados Davey, LLP**<br>**240 Crandon Blvd., Ste 253**<br>**Key Biscayne, FL 33149-1623** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **BAL HARBOUR QUARZO, LLC** | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.21 **Alvaro Nader**<br>**c/o Allen J.Heffner**<br>**Loren & Kean Law**<br>**71111 Fairway Dr., Ste 302**<br>**Palm Beach Gardens, FL 33418-4206** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 **Victor Plata**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **Lorena Plaza**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Alvaro & Andres Saad Iza**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste. 2000**<br>**Miami, FL 33131-2834** | Line **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Binyamin Saada**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Danilo Salazar y Martha Cecilia Grau**<br>**c/o Paul J. Battista**<br>**Genovese Joblove & Battista, P.A.**<br>**100 SE 2nd Street, 44th Floor**<br>**Miami, FL 33131** | Line **3.105**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Guillermo Santos Calderon**<br>**c/o Paul J. Battista**<br>**Genovese Joblove & Battista**<br>**100 SE 2nd Street, 44th Floor**<br>**Miami, FL 33131** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 **Guillermo Franciso Serra Galdos**<br>**Ciudad Celeste La Marina Manzana #9**<br>**Villa #35, Samborondon**<br>**Guayas**<br>**ECUADOR** | Line **3.116**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 **Strong Union Corp**<br>**c/o Scott Dickinson**<br>**1000 West Ave, Apt 815**<br>**Miami Beach, FL 33139-4722** | Line **3.122**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Camilo Eduardo Velasquez Turbay**<br>**Cra. 2da #70a-15, Apto. 402**<br>**del Barrio los Rasales**<br>**Bogota**<br>**COLOMBIA** | Line **3.128**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **Martin Villano**<br>**c/o Steven Herzberg**<br>**701 Brickell Ave., Ste 2000**<br>**Miami, FL 33131-2834** | Line **3.130**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **BAL HARBOUR QUARZO, LLC** | | Case number (if known) | **18-11793-RBR** |
|---|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.32  **Vision Planning Group**
**c/o Paul J. Battista**
**Genovese Joblove & Battista, P.A.**
**100 SE 2nd Street, 44th Floor**
**Miami, FL 33131**

Line  **3.131**

☐ Not listed. Explain ____

\_

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b. + | $  0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  0.00 |

**Fill in this information to identify the case:**

Debtor name    **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-11793-RBR**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **BAL HARBOUR QUARZO, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-11793-RBR**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BAL HARBOUR QUARZO, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **18-11793-RBR** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3|2|2018          X _____
                                    Signature of individual signing on behalf of debtor

                                    **Drew M. Dillworth**
                                    Printed name

                                    **Receiver, Appointed by Florida State Court**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>BAL HARBOUR QUARZO, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td>18-11793-RBR</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>■ Other  **Other Revenue Under Investigation** | **Unknown** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>■ Other  **Other Revenue Under Investigation** | **Unknown** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>■ Other  **Other Revenue Under Investigation** | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **BAL HARBOUR QUARZO, LLC**                                  Case number *(if known)*  **18-11793-RBR**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Stearns Weaver Miller Weissler et al.**<br>**150 West Flagler Street**<br>**Miami, FL 33130** | **2/16/2018** | **$7,890.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Reimbursement of**<br>**Receivership Expenses**<br>**$6,173.20,**<br>**plus Ch. 11 Filing Fee**<br>**$1,717.00.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Gaedeke Holdings XII, Ltd.**<br>**c/o Weisman, Brodie, Starr &**<br>**Margolies,**<br>**140 N. Federal Highway, 2nd Floor**<br>**Boca Raton, FL 33432** | **Leasehold interest, furniture and fixtures**<br>**located at 1395 Brickell Avenue, Ste. 1020,**<br>**Miami** | **02/14/2018** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **SEE ATTACHED SCHEDULE**<br>**7.**<br>**LEGAL ACTIONS** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Case Style Information / Case Number | Court or Agency | Nature of Case | Case Status |
|---|---|---|---|
| **INTERCOL JV CORPORTION, et al. VS BAL HARBOUR QUARZO LLC, et al.** *1:12-CV-24449-JLK* | U.S. District Court Southern District of Florida | Securities & Exchange Act | |
| **HOWARD COHAN VS BAY COLONY OF BAL HARBOUR, INC., et al.** *1:15-cv-20119-KMM* | U.S. District Court Southern District of Florida | Federal Questioni | CLOSED |
| **ANA MARIA SIERRA VS BAL HARBOUR QUARZO, LLC** *L: 2017-026296-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **CARLOS KUAN VS BAL HARBOUR QUARZO, LLC** *L: 2017-020633-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **VALERIA LILIANA MIZRAHI ET AL VS BAL HARBOUR QUARZO, LLC ET AL** *L: 2017-018845-CA-01* | Miami Dade County Circuit Court | Business Transaction | OPEN |
| **FELIPE CARO ET AL VS BAL HARBOUR QUARZO LLC ET AL** *L: 2017-013685-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **BERNARDO GALINDO ET AL VS BAL HARBOUR QUARZO LLC** *L: 2017-008182-CC-05* | Miami Dade County County Court | Contract & Indebtedness | CLOSED |
| **STRONG UNION CORP. VS BAL HARBOUR QUARZO, LLC** *L: 2017-010230-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **EURORENAISSANCE HOLDINGS CORP. VS BAL HARBOUR QUARZO, LLC** *L: 2017-008310-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **RODRIGO SOTO VS BAL HARBOUR QUARZO, LLC** *L: 2017-007147-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **DARBY INTERNATIONAL, INC. VS BAL HARBOUR QUARZO, LLC** *L: 2017-005787-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **LARINO INVESTMENTS, INC. VS BAL HARBOUR QUARZO, LLC** *L: 2017-005794-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |

| Case Style Information / Case Number | Court or Agency | Nature of Case | Case Status |
|---|---|---|---|
| **VISION PLANNING GROUP, INC. VS BAL HARBOUR QUARZO, LLC ET AL** *L: 2017-003158-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **ALCORA INTERNATIONAL SERVICES, INC. VS BAL HARBOUR QUARZO, LLC** *L: 2017-003182-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **GUILLERMO SANTOS CALDERON VS BAL HARBOUR QUARZO, LLC** *L: 2017-003185-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **DORA N GONZALEZ VS BAL HARBOUR QUARZO, LLC** *L: 2017-003180-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **DANILO SALAZAR ET AL VS BAL HARBOUR QUARZO, LLC** *L: 2017-003193-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **MONICA CERRA VS BAL HARBOUR QUARZO, LLC** *L: 2016-020085-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **CHAMPION GLASS, INC. VS BAL HARBOUR QUARZO, LLC** *L: 2016-020052-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **PMG AVENTURA, LLC VS BAL HARBOUR QUARZO, LLC ET AL** *L: 2016-004095-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **JACQUELINE DANZER VS CSC SERVICEWORKS INC ET AL** *L: 2016-001115-CA-01* | Miami Dade County Circuit Court | Resid. Premises Liability | OPEN |
| **GUILLERMO SERRA VS BAL HARBOUR QUARZO LLC ET AL** *L: 2015-024490-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | OPEN |
| **GRACIELA TORO DE OLMOS VS BAL HARBOUR QUARZO LLC** *L: 2015-014804-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **FABIO POSADA VELASQUEZ VS BAL HARBOUR QUARZO LLC** *L: 2015-010794-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **SCOTTSDALE INSURANCE COMPANY VS BAL HARBOUR QUARZO LLC** | Miami Dade County Circuit Court | Other | CLOSED |

*In re:  Bal Harbour Quarzo, Debtor*
*Case No. 18-11793-RBR*

*SCHEDULE 7*
*Page **3** of **4***

| Case Style Information / Case Number | Court or Agency | Nature of Case | Case Status |
|---|---|---|---|
| *L: 2015-005557-CA-01* | | Negligence | |
| **SABARSKY, ALICIA VS BAL HARBOUR QUARZO LLC** *L: 2015-003492-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **LANDAZABAL, VIVIAN VS BAL HARBOUR QUARZO LLC** *L: 2015-002387-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **LANDAZABAL, FABIO HERNAN VS BAL HARBOUR QUARZO LLC** *L: 2015-002388-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **UMANA, CAROLINA VS BAL HARBOUR QUARZO LLC** *L: 2015-002389-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **SHOP CARPET CORP VS BAL HARBOUR QUARZO (LLC)** *L: 2014-015671-SP-05* | Miami Dade County County Court | Contract & Indebtedness under $5,000 | CLOSED |
| **IN RE: NADER DIAZ, ALVARO JOSE** *L: 2014-002550-CP-02* | PMH 05 | Probate Administration | OPEN |
| **ACOSTA, SOLEDAD VS LUNA DEVELOPMENT GROUP LLC** *L: 2014-007369-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **ECHAVARRIA, HECTOR VS LUNA DEVELOPMENTS GROUP LLC** *L: 2014-007186-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **CONTRERAS DE SILVA, MYRIAM VS BAL HARBOUR QUARZO LLC** *L: 2013-027654-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **SILVA, DARIO VS BAL HARBOUR QUARZO LLC** *L: 2013-021055-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **SANABRIA, FREDDY VS LUNA DEVELOPMENTS GROUP (LLC)** *L: 2013-018609-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **LANDAZABAL, FABIO HERNAN VS BAL HARBOUR QUARZO (LLC)** *L: 2013-008146-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED 2017 Writ of Grnsh. |

| Case Style Information / Case Number | Court or Agency | Nature of Case | Case Status |
|---|---|---|---|
| **VILLAMIZAR, LUIS ANTONIO NIETO VS ARCILA, JUAN G** *L: 2012-023112-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **LANDAZABAL, FABIO HERNAN VS BAL HARBOUR QUARZO LLC** *L: 2012-013051-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED 2013 Sat. Judg. |
| **LANDAZABAL, FABIO HERNAN VS BAL HARBOUR QUARZO (LLC)** *L: 2012-010947-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **AGUIA, ISAAC VS BAL HARBOUR QUARZO (LLC)** *L: 2012-005569-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **SAPORTA, ALBERT VS BAL HARBOUR QUARZO (LLC)** *L: 2010-064735-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED 2011 Vol. Dismissal |
| **HEMPHILL FINANCIAL LTD VS BAL HARBOUR QUARZO (LLC)** *L: 2010-058017-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |
| **BLOOMBURY INVESTMENTS INC VS BAL HARBOUR QUARZO (LLC)** *L: 2010-058016-CA-01* | Miami Dade County Circuit Court | Contract & Indebtedness | CLOSED |

| Debtor | BAL HARBOUR QUARZO, LLC | Case number (if known) | 18-11793-RBR |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Drew M. Dillworth, Receiver**<br>**Stearns Weaver Miller**<br>**200 East Las Olas Blvd., #2100**<br>**Fort Lauderdale, FL 33301** | **Receivership Estate** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Alcora Internat'l v. Bal Harbour Quarzo** | **Miami Dade County** |
| | Case number | **Circuit Court** |
| | **17-3182 CA 01** | **73 West Flagler Street** |
| | Date of order or assignment | **Miami, FL 33130** |
| | **09/27-2017** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Drew M. Dillworth, Receiver**<br>**Stearns Weaver Miller**<br>**200 East Las Olas Blvd., #2100**<br>**Fort Lauderdale, FL 33301** | **Receivership Estate** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Larino Investments v Bal Harbour Quarzo** | **Miami Dade County** |
| | Case number | **Circuit Court** |
| | **17-005794 CA 01** | **73 West Flagler Street** |
| | Date of order or assignment | **Miami, FL 33130** |
| | **09/14/2017** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Drew M. Dillworth, Receiver**<br>**Stearns Weaver Miller**<br>**200 East Las Olas Blvd., #2100**<br>**Fort Lauderdale, FL 33301** | **Receivership Estate** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Rodrigo Soso v Bal Harbour Quarzo** | **Miami Dade County** |
| | Case number | **Circuit Court** |
| | **17-7147** | **73 West Flagler Street** |
| | Date of order or assignment | **Miami, FL 33130** |
| | **10/18/2017** | |

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

| Debtor | BAL HARBOUR QUARZO, LLC | Case number *(if known)* | 18-11793-RBR |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stearns Weaver Miller Weissler et al. 150 West Flagler Street Miami, FL 33130 | For Chapter 11 Filing Fee | 12/16/2018 | $1,717.00 |

Email or website address
ddillworth@stearnsweaver.com

Who made the payment, if not debtor?
Debtor

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Beach Haus Bal Harbour, LLC c/o Frank Guerra, P.A. 901 Ponce de Leon Blvd., Ste. 401 Miami, FL 33134 | Transfer of property pursuant to Purchase & Sale Agreement, dated 07/17/2017 | | Unknown |
| | Relationship to debtor | | | |
| 13.2. | Beach Haus Bal Harbour, LLC c/o Frank Guerra, P.A. 901 Ponce de Leon Blvd., Ste. 401 Miami, FL 33134 | Assignment of personal property by Synergy Capital Group LLC | 9/29/2017 | Unknown |
| | Relationship to debtor | | | |

Debtor    BAL HARBOUR QUARZO, LLC                                  Case number *(if known)*  18-11793-RBR

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | CarMax, Inc. #7108 7420 State Road 84 Davie, FL 33317 | Sale of Van | 11/08/2017 | $4,372.09 |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1395 Brickell Ave., Ste. 1020 Miami, FL 33131 | 2/8/2008 to 2/14/2018 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    BAL HARBOUR QUARZO, LLC                                    Case number *(if known)*  18-11793-RBR

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **SEE ATTACHED SCHEDULE 18**<br>**CLOSED ACCOUNTS** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

**SCHEDULE 18 - CLOSED ACCOUNTS**

| Entity Name | Financial Institution | Acct. No. | Comments |
|---|---|---|---|
| Bank Accounts by Account Name | | | |
| Bal Harbour Quarzo, LLC | Bank of America | 3661 | Account closed; Date TBD |
| Bal Harbour Quarzo, LLC | Bank of America | 4750 | Account closed; Date TBD |
| Bal Harbour Quarzo, LLC | Mercantil Bank | 9006 | Account closed; Date TBD |
| Bal Harbour Quarzo, LLC | Mercantil Bank | 4706 | Account closed; Date TBD |
| Bal Harbour Quarzo, LLC | Mercantil Bank | 1006 | Account closed; Date TBD |
| Bal Harbour Quarzo, LLC | Popular Community Bank | 3915 | Acount closed February, 2018 |
| Bal Harbour Quarzo, LLC | Sabadell Bank | 3735 | Investigation pending |
| Bal Harbour Quarzo, LLC | TD Bank | 2808 | Investigation pending |
| Bal Harbour Quarzo, LLC | Company.com | 10046 | Account closed April, 2017 |
| Bal Harbour Quarzo, LLC | Chosen Payments | 100343 | Investigation pending |
| Synergy Capital Group, LLC | Bank of America | 3674 | Account closed; Date TBD |
| Synergy Capital Group, LLC | Mercantil Bank | 6006 | Account closed; Date TBD |
| Synergy Capital Group, LLC | Mercantil Bank | 6406 | Account closed; Date TBD |
| Synergy Capital Group, LLC | Regions Bank | 7922 | Account closed February, 2018 |
| Synergy Capital Group, LLC | Sabadell Bank | 2653 | Account closed February, 2018 |
| Synergy Investments Group LLC | Regions Bank | 7153 | Investigation pending |

Debtor    **BAL HARBOUR QUARZO, LLC**                                    Case number *(if known)*  **18-11793-RBR**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Raimundo Lopez-Lima Levi, CPA**<br>**Lopez Levi & Assiociates, P.A., CPAS**<br>**201 Alhambra Cir, Ste 501**<br>**Miami, FL 33134** | **through 09/15/2015**<br>**(2014 tax return)** |
| 26a.2. | **Daniel H. Guarin**<br>**Full Compliance LLC**<br>**338 Minorca Avenue**<br>**Miami, FL 33134** | **through 2/6/2017**<br>**(2017 Tangible**<br>**Personal Property**<br>**return)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Soneet R. Kapila, CPA**<br>**KapilaMukamal**<br>**1000 South Federal Highway, #200**<br>**Fort Lauderdale, FL 33316** | |
| 26c.2. | **Drew M. Dillworth, Receiver**<br>**Stearns Weaver Miller, et al.**<br>**200 East Las Olas Blvd.**<br>**Fort Lauderdale, FL 33301** | |

Debtor    **BAL HARBOUR QUARZO, LLC**                                    Case number *(if known)*  **18-11793-RBR**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.    **Gray Robinson, P.A.**<br>**Attn:  Juan C. Martinez**<br>**333 SE 2nd Avenue, #3200**<br>**Miami, FL 33131** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Juan G. Arcila | 58 Bay Heights Drive<br>Miami, FL 33133-2606 | **Managing Member of Bal Harbour Quarzo LLC a/k/a Synergy Capital Group LLC a/k/a Synergy Investments Group, LLC** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlos Mahecha | c/o Lee Stapleton<br>K&L Gates<br>200 South Biscayne Blvd., 12 Floor<br>Miami, FL 33131 | **Managing Member of Bal Harbour Quarzo LLC a/k/a Synergy Capital Group LLC a/k/a Synergy Investments Group, LLC** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Synergy Capital Group Holdings LLC | c/o Juan Arcila<br>58 Bay Heights Drive<br>Miami, FL 33133-2606 | | **100% ownership interest of Bal Harbour Quarzo LLC a/k/a Synergy Capital Group LLC a/k/a Synergy Investments Group, LLC** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **BAL HARBOUR QUARZO, LLC**                           Case number *(if known)* **18-11793-RBR**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

**/s/ Drew M. Dillworth**                               **Drew M. Dillworth**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **Receiver, Appointed by Florida State Court**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Debtor    **BAL HARBOUR QUARZO, LLC**                          Case number *(if known)* **18-11793-RBR**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 | 2 | 2018

_____          Drew M. Dillworth
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Receiver, Appointed by Florida State Court**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes